IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>INDEPENDENCE MENLO HOTEL OWNER, LLC,<br><br>    Defendant. | Case No. 21-cv-03291-MMC<br><br>**ORDER OF DISMISSAL** |

    By order filed August 23, 2021, the Court dismissed plaintiff's First Amended Complaint and afforded plaintiff leave to file, no later than September 17, 2021, a Second Amended Complaint. Plaintiff has not filed a Second Amended Complaint.

    Accordingly, the above-titled action is hereby DISMISSED.

**IT IS SO ORDERED.**

Dated: September 20, 2021

    MAXINE M. CHESNEY
    United States District Judge