UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff.<br><br>  v.<br><br>INDEPENDENCE MENLO HOTEL OWNER, LLC,<br><br>    Defendant. | Case No.  21-cv-03291-MMC<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 20 |

    **( )  Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    The above-titled action is hereby DISMISSED.

    **IT IS SO ORDERED AND ADJUDGED**

Dated: 9/20/2021

Susan Y. Soong, Clerk



Tracy Geiger
Deputy Clerk